PATRICK GALLAGHER, Respondent, *v.* ANCIENT ORDER OF HIBERNIANS et al., Appellants, Impleaded with Others.

Reported below, 175 App. Div. 980.
(Submitted April 16, 1917; decided April 24, 1917.)

MOTION to dismiss appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 22, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

The motion was made upon the ground that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence, and that the exceptions were frivolous.

*William F. Kimber* and *George L. Ingraham* for motion.

*Walter H. Pollak* and *Saul S. Myers* opposed.

Motion denied, with ten dollars costs.